**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL MERRELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware Corporation; and DOES 1 to 10 inclusive,<br><br>Defendants. | CASE NO: 3:23-CV-06664-WHO<br><br>**ORDER ON DEFENDANT'S EXPEDITED ADMINISTRATIVE MOTION TO MOVE SUMMARY JUDGMENT HEARING AND TO CONSOLIDATE HEARING ON RELATED MOTIONS** |

The Court, having reviewed the papers, hereby GRANTS Defendant Marriott's motion **in part.** The hearing on Marriott's summary judgment motion is rescheduled to 2:00 p.m. on **January 7, 2026**. Hearings on the parties' related motions—Marriott's motion to exclude Plaintiff's declaration (ECF 68) and expert (**to be filed no later than December 5, 2025**), as well as Plaintiff's motion to strike (ECF 66)—shall be consolidated and heard on **January 7, 2026**. Marriott shall also have until **December 8, 2025** to respond to Plaintiff's sur-reply (ECF 67).

**IT IS SO ORDERED.**

Dated: 12/1/2025

_____

The Honorable William H. Orrick

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of November 2025, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing upon counsel of record as follows:

Thiago M. Coelho
Chumahan B. Bowen
Jennifer M. Leinbach
Jesenia A. Martinez
Jesse S. Chen
WILSHIRE LAW FIRM, PLC
3055 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90010
thiago.coelho@wilshirelawfirm.com
chumahan.bowen@wilshirelawfirm.com
jennifer.leinbach@wilshirelawfirm.com
jesenia.martinez@wilshirelawfirm.com
jesse.chen@wilshirelawfirm.com

*/s/ Alex Terepka*
Alex Terepka