1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| PAUL MERRELL, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware Corporation; and DOES 1 to 10, inclusive,<br><br>          Defendants. | Case No.: 3:23-cv-06664-WHO<br><br>**ORDER GRANTING IN PART PLAINTIFF'S MOTION TO EXTEND BRIEFING DEADLINES**<br><br><br>Complaint filed:  December 28, 2023<br>FAC Filed:        May 5, 2025<br>Trial Date:        October 19, 2026 |

ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND BRIEFING DEADLINES

**ORDER**

Plaintiff's Administrative Motion for Relief Under Civil Local Rules 7-11 and 6-3 to extend briefing deadlines and continue the hearing on dispositive and related motions came before the Court. Having considered the motion, the supporting declaration and exhibits, the response, and the record in this matter, and good cause appearing, the Court hereby **ORDERS**:

1. Plaintiff's Administrative Motion is **GRANTED IN PART**.

2. Plaintiff's deadlines to file oppositions to Marriott's motion to exclude Plaintiff's declaration (ECF 68), motion to deny certification of damages class (ECF 77), and motion requesting application of the one-way intervention rule (ECF 78), are extended to **January 5, 2026.** The opposition to the motion to exclude Plaintiff's expert (ECF 80) is extended to **January 7, 2026**.

3. Marriott's deadlines to file replies in support of all of those motions are extended to **January 14, 2026**.

4. The consolidated hearing currently set for January 7, 2026 at 2:00 p.m. on Marriott's summary judgment motion (ECF 41), Plaintiff's motion to strike (ECF 66), Marriott's motion to exclude Plaintiff's declaration (ECF 68), and Marriott's motions at ECF 77, 78, and 80, is continued to **January 28, 2026 at 2:00 p.m**.

5. The existing stay of class discovery through the summary judgment hearing remains in effect through the rescheduled hearing date. The parties shall meet and confer and, if necessary, submit a stipulated proposal regarding any resulting adjustments to class certification deadlines, to be considered at a later date.

**IT IS SO ORDERED.**

Dated: December 16, 2025

Hon. William H. Orrick
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND BRIEFING DEADLINES