Thiago M. Coelho, SBN 324715
thiago.coelho@wilshirelawfirm.com
Chumahan B. Bowen, SBN 268136
chumahan.bowen@wilshirelawfirm.com
Jennifer M. Leinbach, SBN 281404
jennifer.leinbach@wilshirelawfirm.com
Jesenia A. Martinez, SBN 316969
jesenia.martinez@wilshirelawfirm.com
Jesse S. Chen, SBN 336294
jesse.chen@wilshirelawfirm.com
WILSHIRE LAW FIRM, PLC
660 South Figueroa Street, Sky Lobby
Los Angeles, California 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff
and Proposed Class*

Alex Terepka (SBN 288243)
alex@wtlaw.com
Matthew A. Keilson (*pro hac vice*)
mkeilson@wtlaw.com
James M. Ruley (*pro hac vice*)
jruley@wtlaw.com
Melanie Ng Silva (*pro hac vice*)
mngsilva@wtlaw.com
WATSTEIN TEREPKA, LLP
515 South Flower Street, 19th Floor
Los Angeles, California 90071
Telephone: (213) 839-3317

*Counsel for Marriott International, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MERRELL,<br><br>        Plaintiff,<br><br>    v.<br><br>MARRIOTT INTERNATIONAL, INC.,<br><br>        Defendant. | Case No.  23-cv-06664-WHO<br><br>**STIPULATION AND ORDER REGARDING 2-DAY EXTENSION OF DEFENDANT'S DEADLINE TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS AND CONTINUE HEARING DATE** |

## <u>STIPULATION</u>

STIPULATION AND [PROPOSED] ORDER REGARDING 2-DAY EXTENSION OF DEFENDANT'S DEADLINE TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS AND RESET HEARING DATE

United States District Court
Northern District of California

The parties stipulate as follows:

1.      Marriott's reply brief in support of its motion for sanctions is currently due on Wednesday, May 20, 2026. A hearing on the sanctions motion is currently scheduled for June 3, 2026. See ECF 129.

2.      Under Local Rule 7-12, the parties stipulate that Marriott's deadline to file its reply brief shall be extended by two (2) days, through Friday, May 22, 2026.

3.      Good cause exists for the requested extension for the following reasons: (a) the primary drafter of Marriott's reply brief, James Ruley, had a baby in late March and is still returning to full capacity after being out of the office; (b) Mr. Ruley spent much of the end of last week, as well as part of the weekend, preparing an emergency filing in another matter; (c) Mr. Ruley's six-year-old daughter has her kindergarten graduation on Wednesday, May 20, 2026—the current reply brief deadline; and (d) Marriott's expert requires a brief additional period to review and respond to Plaintiff's expert Easttom's 22-page declaration.

4.      The parties further stipulate that the hearing currently scheduled for June 3, 2026 shall be continued to June 10, 2026, or the next available civil motions hearing date convenient for the Court.

5.      All other deadlines and provisions governing this matter remain unchanged and in effect.

6.      The parties respectfully request that the Court enter an Order approving these modifications. A proposed form order is below.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


[*Signatures Appear on Following Page*]




DATED: May 18, 2026

STIPULATION AND ORDER REGARDING 2-DAY EXTENSION OF DEFENDANT'S DEADLINE TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS AND RESET HEARING DATE

By: /s/ *Chumahan Bowen*
(Signed by Chumahan Bowen with counsel's permission)
Thiago M. Coelho, SBN 324715
thiago.coelho@wilshirelawfirm.com
Chumahan B. Bowen, SBN 268136
chumahan.bowen@wilshirelawfirm.com
Jennifer M. Leinbach, SBN 281404
jennifer.leinbach@wilshirelawfirm.com
Jesenia A. Martinez, SBN 316969
jesenia.martinez@wilshirelawfirm.com
Jesse S. Chen, SBN 336294
jesse.chen@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
660 South Figueroa Street, Sky Lobby
Los Angeles, California 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff*
*and Proposed Class*

By: /s/ *James M. Ruley*
Alex Terepka (SBN 288243)

Matthew A. Keilson (*pro hac vice*)
mkeilson@wtlaw.com
James M. Ruley (*pro hac vice*)
jruley@wtlaw.com
Melanie Ng Silva (*pro hac vice*)
mngsilva@wtlaw.com
**WATSTEIN TEREPKA LLP**
515 South Flower Street, 19th Floor
Los Angeles, California 99071
Telephone: 213-839-3317

*Attorneys for Defendant Marriott*
*International, Inc.*

**LOCAL RULE 6.2 DECLARATION**

STIPULATION AND ORDER REGARDING 2-DAY EXTENSION OF DEFENDANT'S DEADLINE TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS AND RESET HEARING DATE

I, James M. Ruley, declare under penalty of perjury under the laws of the United States that the statements above, constituting good cause for Marriott's requested two-day extension, are true and correct.

                                        /s/ James Ruley
                                        James Ruley

**ORDER**

STIPULATION AND ORDER REGARDING 2-DAY EXTENSION OF DEFENDANT'S DEADLINE TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS AND RESET HEARING DATE

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The motion for sanctions hearing is CONTINUED to Wednesday, June 17th at 2:00pm PDT via Zoom videoconference.

DATED: May 20, 2026



HON. WILLIAM H. ORRICK III
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER REGARDING 2-DAY EXTENSION OF DEFENDANT'S DEADLINE TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS AND RESET HEARING DATE